## CASE ANNOUNCEMENTS

*December 19, 2007*

[Cite as *12/19/2007 Case Announcements,* 2007-Ohio-6770.]

### DISCIPLINARY CASES

2006–1197.  Disciplinary Counsel v. Johnson.

On application for reinstatement of Bryan Bright Johnson, Attorney Registration No. 0003981. Application granted, respondent reinstated to the practice of law in Ohio, and probation imposed.

## CASE ANNOUNCEMENTS

*December 19, 2007*

[Cite as *12/19/2007 Case Announcements #2,* 2007-Ohio-6801.]

### MOTION AND PROCEDURAL RULINGS

2007–1411.  State ex rel. Glasgow v. Mandel.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent Jones's motion for stay of discovery and motion to dismiss or for judgment on the pleadings,

It is ordered by the court that the motions are denied.

Moyer, C.J., concurs with denial of the motion to dismiss but would grant the motion to stay.

Lundberg Stratton, J., would grant the motion to stay and await relator's response to the motion to dismiss.

O'Donnell, J., would await relator's response to the motions.

## CASE ANNOUNCEMENTS

*December 20, 2007*

[Cite as *12/20/2007 Case Announcements,* 2007-Ohio-6802.]

### MOTION AND PROCEDURAL RULINGS

2006–2239.  State ex rel. Cincinnati Enquirer v. Jones–Kelley.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

It is ordered by the court, sua sponte, that this case is scheduled for oral argument on Tuesday, January 8, 2008.

2007–0152.  Cristino v. Ohio Bur. of Workers' Comp.

Cuyahoga App. No. 87567, 2006-Ohio-5921. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for admission pro hac vice of Benjamin C. Mizer by Stephen P. Carney,

It is ordered by the court that the motion is granted.

2007–0863.  Evanich v. Bridge.

Lorain App. No. 05CA008824, 170 Ohio App.3d 653, 2007-Ohio-1349. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellants' motion for leave to file a corrected merit brief,

It is ordered by the court, sua sponte, that the motion is stricken as prohibited by S.Ct.Prac.R. VIII(7) and XIV(C).